UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROLAND GRAHAM,

                     Petitioner,         20 Civ. 3168 (PAE)

     -v-

                                         ORDER

THOMAS DECKER, *in his official capacity as Director of the New York Field Office of U.S. Immigrations & Customs Enforcement*, et al.,

                     Respondents.

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received petitioner Roland Graham's petition for a writ of habeas corpus under 28 U.S.C. § 2241, filed today, April 22, 2020. Dkt. 1. The Government has been served with the petition. Dkt. 3. The Court orders the Government to respond to the petition no later than April 30, 2020.

      SO ORDERED.

                                               *Paul A. Engelmayer*
                                               PAUL A. ENGELMAYER
                                               United States District Judge

Dated: April 22, 2020
         New York, New York