UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROLAND GRAHAM,

                        Petitioner,

         -against-

DIRECTOR THOMAS DECKER, in his official
Capacity as Director of the New York Field Office
of U.S. Immigrations & Customs Enforcement;
ACTING SECRETARY CHAD WOLF, in his
official capacity as Acting Secretary, U.S.
Department of Homeland Security; and ATTORNEY
GENERAL WILLAIM BARR, in his official
capacity as Attorney General of the United States,

                        Respondents.
-----------------------------------------------------------------X



20 **CIVIL** 3168 (PAE)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 18, 2019, Graham's Petition is granted. The Government is ordered to hold a bond hearing within seven days, or to release Graham on his own recognizance; accordingly, the case is closed.

**DATED:** New York, New York
              June 18, 2020

                                                         **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                  **BY:**

                                                          **Deputy Clerk**